UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable William B. Shubb
United States District Judge
Sacramento, California

                              RE:    Frank A. BAKER
                                        Docket Number:   2:98CR00321-001
                                        <u>REQUEST TO RELEASE FILE</u>
                                        <u>INFORMATION</u>

Your Honor:

On February 10, 1999, Mr. Baker was sentenced subsequent to his guilty plea to a violation of 21 USC 846, 841(a)1 - Conspiracy to Manufacture Marijuana.  Your Honor sentenced him to a term of 24 months in the Bureau of Prisons, followed by a 36 month term of supervised release.  Supervised release commenced on December 5, 2000, and was terminated on December 4, 2003.  I supervised Mr. Baker for the majority of his term of supervision.  His supervision was uneventful and no violation conduct occurred.

The reason for this memorandum is to request permission from Your Honor to release file information, specifically drug testing information, to the United States Department of Transportation, Federal Aviation Administration.  Mr. Baker has applied for a pilot's license and they have indicated they need more information regarding his federal drug conviction.  He has provided them with a copy of his presentence report and judgment and commitment order.  What I need to provide them, with the court's permission, is a report indicating that he successfully completed the term of supervision and the results of any testing done by our office during the term of supervision.  They also want the supervising officer to address any treatment rendered for drug or alcohol abuse, medical issues, and mental health issues.

**RE:   Frank A. BAKER**
       **Docket Number:   2:98CR00321-001**
       **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

It is recommended that the Court allow the release of such information.

Respectfully submitted,

/s/Lori L. Koehnen
**LORI L. KOEHNEN**
**Senior United States Probation Officer**

**DATED:**   June 21, 2007
             Sacramento, California
             LLK/cp

**REVIEWED BY:**   /s/Kyriacos M. Simonidis
                   **KYRIACOS M. SIMONIDIS**
                   **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

x___   U.S. Probation Officer to release to the U.S. Department of Transportation, Federal Aviation Administration the report indicating that defendant successfully completed the term of supervision. Probation Officer may also release the results of testing done during the term of supervision, and any treatment rendered for drug or alcohol abuse, medical issues, and mental health issues **if** the defendant so requests or consents in writing.

___

**Date: June 22, 2007**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE